**Opinion filed November 3, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00315-CV

_____

## KATHRYN MARIE BLACK, Appellant

## V.

## WILLIAM DAVID BLACK, Appellee

**On Appeal from the County Court at Law**
**Brown County, Texas**
**Trial Court Cause No. DV-1209175**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellant requests that we dismiss her appeal without prejudice. *See* TEX. R. APP. P. 42.1. Appellant has certified that Appellee does not oppose the motion.

We grant the motion and dismiss the appeal.

November 3, 2016                                                              PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.